**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| DANIEL JAIYONG AN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 2024-0102-LWW |
| | ) | |
| ARCHBLOCK, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER REQUIRING CERTIFICATION ON USE OF GENERATIVE AI

WHEREAS, the petitioner filed a motion to compel discovery (Dkt. 25; the "Motion") that cites false legal authority and/or miscites legal authority;

WHEREAS, on April 4, 2025, this court issued a letter opinion explaining that the Motion was denied because the petitioner put forward false citations, presumably due to his use of generative artificial intelligence ("GenAI") in preparing the Motion;

WHEREAS, for purposes of this Order, GenAI means models or tools that generate new content, including text, based upon machine learning from existing data. GenAI includes, but is not limited to, ChatGPT, Google Gemini, Microsoft Copilot, Meta AI, and Thomson Reuters CoCounsel.

IT IS HEREBY ORDERED this 4th day of April, 2025, that:

1. The Motion is denied.

2.    Any future court filings in this case by the petitioner that are prepared using GenAI must be accompanied by a certification, with a sworn statement by the petitioner, that:

    a.    Confirms GenAI was used to prepare the court filing;

    b.    Identifies the GenAI tool, model, or platform used;

    c.    Identifies the specific pages, paragraphs, and/or sections of the court filing that were created using GenAI; and

    d.    Confirms that any text in the court filing prepared using GenAI has undergone a human review for accuracy and completeness. This includes confirming that any citation to legal authority is accurate and that the authority stands for the cited proposition.

3.    Failure to abide by this Order may lead to the issuance of sanctions.

                             */s/ Lori W. Will*
                              Vice Chancellor Will